UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

|  |  |
|---|---|
| ENRIQUE AFRICA, *individually and on behalf of all others similarly situated*, | : |
|  | : |
|  | : |
| Plaintiff, | : |
|  | : |
| -v- | : |
|  | : |
| JIANPU TECHNOLOGY INC. et al., | : |
|  | : |
| Defendants | : |

21-CV-1419 (JMF)

**ECF CASE**
**Electronically Filed**

------------------------------------------------------------------X

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANT JIANPU TECHNOLOGY INC.'S
## MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Jianpu Technology Inc. ("Jianpu") in this action.

2.     I respectfully submit this declaration in support of Jianpu's Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................Jianpu's Prospectus, filed on Form 424(b)(4) (Nov. 15, 2017)

Exhibit B ...................Jianpu's Annual Report for the fiscal year ended December 31, 2017, filed on Form 20-F (Apr. 27, 2018)

Exhibit C ...................Jianpu's Annual Report for the fiscal year ended December 31, 2018, filed on Form 20-F (Apr. 23, 2019)

Exhibit D...................Jianpu's Annual Report for the fiscal year ended December 31, 2019, filed on Form 20-F (Apr. 30, 2021)

Exhibit E ...................Excerpts of CCTV broadcast (Mar. 15, 2019) (certified translation)

Exhibit F.....................Press Release, "Jianpu Technology Inc. Responds to CCTV's Report on '315 Night: Annual Consumer Rights Show'" (Mar. 17, 2019)

Exhibit G....................Press Release, "Jianpu Technology Inc. Reports Third Quarter 2019 Unaudited Financial Results" (Dec. 9, 2019)

Exhibit H....................Notification of Late Filing, filed on Form 12b-25 (June 15, 2020)

Exhibit I .....................Press Release, "Jianpu Announces Findings of Independent Review, and Provides Update on Financial Statement Review and NYSE Compliance" (Feb. 16, 2021)

Exhibit J .....................Jianpu's Historical Stock Price (Nov. 16, 2017 to July 20, 2021)

Exhibit K....................*Africa v. Jianpu Technology Inc.*, 21-CV-1419 (JMF), Amended Class Action Complaint (ECF No. 46) (July 20, 2021)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2021, in New York, New York

/s/ Robert A. Fumerton
Robert A. Fumerton

2