# EXHIBIT E

# LIONBRIDGE

STATE OF NEW YORK        )
                         )
                         )          ss
                         )
COUNTY OF NEW YORK       )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Transcript of an excerpt of the

CCTV Program aired on March 15, 2019.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _16_ day of _August_, 20 _21_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

**Transcript of an excerpt of the CCTV Program aired on March 15, 2019**
(1:49:00 – 2:02:25)

https://tv.cctv.com/2019/03/15/VIDEl7JQqlP64RE2sOcuWzDb190315.shtml?spm=C55953877151.PHXsiQANZko2.0.0

| | |
|---|---|
| 1:49:02 | Moderator: As the saying goes, a penny can stump a hero. So in many cases, you will find that, in fact, personal loans often have a very strong market demand. With the development of the Internet, people have discovered that the Internet has also launched a series of related promotions for online loan processing. Moreover, these promotions arouse interest in people. For example, it will tell you if you choose to go to the bank and apply for loans through such traditional channels, first, there are thresholds, and second, it takes time to go through relevant procedures. But when you go to them to apply for a loan, the procedure is very simple. You only need to simply operate on your mobile phone, and the funds will arrive in an instant. In addition, many promotions will also emphasize that online loans do not require collateral, and their interest is very low. It is so convenient and so fast, so you think, it's really too difficult for a person who is in desperate need of funds to remain uninterested. But once you touch it, you may fall into an endless abyss. |
| 1:50:07 | Voiceover: In just three months, Ms. Dong, who lives in Changchun, was burdened with more than 500,000 yuan in debt. She lives in anxiety and fear every day. |
| 1:50:18 | Ms. Dong: I don't want to live anymore. I drove the car by myself and went ahead aimlessly. I thought if I was hit, then I could be relieved.<br>(The screen shows Ms. Dong driving) |
| 1:50:25 | Voiceover: The debt of more than 500,000 yuan comes from Ms. Dong's original loan of only 7,000 yuan. She borrowed from family and friends, and every day she tried her best to repay and plug the holes that were never filled. (The screen shows several vague sheets of paper that look like loan data records) |
| 1:50:38 | Ms. Dong: My face is so thick-skinned, just to plug this hole, but in the end, I still can't bet on it.<br>(The screen shows Ms. Dong being interviewed with tears in her eyes) |
| 1:50:44 | Voiceover: What is it that makes Ms. Dong fall into such a situation? |
| 1:50:49 | Voiceover: Three months ago, there was a problem with Ms. Dong's shop turnover. When she was at a loss, she received a call that promoted loans. The other party said that the interest rate for loans on their APP platform was only 0.6% per month. Ms. Dong was tempted. As required, she filled in various information about herself. It is strange that the mobile phone operator had to be verified.<br>(The screen shows that Ms. Dong receives a sales call and entered the "Chuangxinbao" page from the information link to see that the interest rate displayed above is 0.6% per month. Then, she registers for the "Chuangxinbao" loan APP account. At the same time, it shows that registration requires real-name authentication, including the mobile phone screen with face recognition and identity recognition (portrait, name, ID card, education history), and the mobile phone screen for verifying the mobile phone identification number. ) |
| 1:51:13 | Ms. Dong: He said there is no problem, just fill it in and see if the phone is made with your real name. (The screen shows Ms. Dong being interviewed) |
| 1:51:18 | Voiceover: As requested by the other party, Ms. Dong uploaded her personal information and borrowed 1,500 yuan. Ms. Dong was surprised that she only received 1050 yuan in the account. The missing 450 yuan was deducted as a comprehensive fee, and the loan must be repaid in seven days. The actual loan cycle was only six days.<br><br>(The screen shows that the loan amount is 1,500 yuan, the loan period is 7 days, the amount received is 1050 yuan, the comprehensive fee is 450 yuan, and Ms. Dong received a text message stating that 1050 yuan has been deposited to the Agricultural Bank of China account) |

| 1:51:36 | Voiceover: On the day the loan was successfully [issued], Ms. Dong received other calls that promoted loans. Within a day, she borrowed a total of 7,000 yuan. During the loan application, these apps deducted 30% of the loan amount under various names, which is commonly known in the industry as "upfront interest."<br>(The screen shows a screenshot of a certain amount deducted from Ms. Dong's loan amount) |
|---|---|
| 1:51:53 | Voiceover: Seven days passed quickly. On the day of the repayment, Ms. Dong found out that she was unable to repay the 7,000 yuan she had borrowed, so she had to apply for a new loan from another loan app to repay the old account. Unexpectedly, this was the beginning of her nightmare.<br>(The screen shows Ms. Dong calculating the loan amount and operating the mobile phone) |
| 1:52:08 | Ms. Dong: I think I would rather spend a little more money on my own, instead of going to my relatives and friends to borrow it, for fear that people will look down on me.<br>(The screen shows Ms. Dong being interviewed) |
| 1:52:17 | Voiceover: To pay back 7,000 yuan, [you need to] borrow 10,000 yuan after six days; to pay back 10,000 yuan, [you need to] borrow 14,000 yuan after six days. After one month, the initial debt of 7,000 yuan became 40,000 yuan.<br>(The screen shows the calculation of the loan from 7,000 yuan, every six days, from repayment until the final loan of 40,000 yuan) |
| 1:52:32 | Voiceover: What is terrible is not just the "upfront interest." Ms. Dong found that the overdue expenses incurred by the loans that were not repaid also came up one after another. The daily limit is as high as 5%-10% of the principal.<br>(The screen displays the information of the loan order, including the principal, the days of overdue and the overdue amount) |
| 1:52:43 | Ms. Dong: Regarding the upfront interest, it's bad in the bright spot, but this kind of overdue fees didn't show up at all during the application process, it's bad in the dark spot.<br>(The screen shows Ms. Dong being interviewed) |
| 1:52:51 | Voiceover: On this "Tiantu" APP alone, Ms. Dong applied for a loan of 8,000 yuan, overdue for 18 days, and the overdue fine reached 14,400 yuan, which far exceeded the loan principal. In this way, Ms. Dong kept looking for new APPs to borrow money, rob Peter to pay Paul, and the initial loan of 7,000 yuan became more than 500,000 yuan in just three months.<br>(The screen shows the "white line details" in the "Tiantu" APP, including the loan amount, the days of overdue, and the overdue fines) |
| 1:53:16 | Ms. Dong: There are about 50 platforms for all loans, and the daily overdue fees amount to more than 10,000 yuan.<br>(The screen shows Ms. Dong swiping the mobile phone software) |
| 1:53:22 | Voiceover: In the past three months, while Ms. Dong continued to repay the loan every day, she and her relatives and friends have also received various insulting collection calls. |
| 1:53:30 | Ms. Dong: The collector told me, do you know why ([we] verify) your mobile phone's operator? They read your call log details, including your address book.<br>(The screen displays the page where the operator authentication is completed when an APP is initially registered) |
| 1:53:41 | Voiceover: The debt was like a snowball, and it got bigger and bigger. The insulting collection calls became increasingly harassing. Under such double pressure, Ms. Dong was completely desperate, and she even wrote a suicide note to her husband.<br>(The screen shows the suicide note written by Ms. Dong to her husband on her mobile phone) |
| 1:53:54 | Ms. Dong: I felt the unprecedented pressure and I could not stand it anymore. I was fooled. I fell deeper and deeper, and I was about to collapse. It was me who killed this family.<br>(The screen shows the suicide note written by Ms. Dong to her husband on her mobile phone) |
| 1:54:09 | Voiceover: Xiaoying, who lives in Xuzhou, had a similar experience. In order to repay her credit card, she was attracted by the low-interest loan products marked in the "Willful Loan" software. The 2,000 yuan loan became 200,000 yuan after two months.<br>(The screen displays the details in the "Willful Loan" software) |
| 1:54:23 | Xiaoying: You borrow three to repay two, and you borrow four to repay three, just like that. When you borrow it later, all the holes are filled.<br>(The screen shows Xiaoying being interviewed) |

2

| | |
|---|---|
| 1:54:31 | Voiceover: Xiaoying and her family suffered from the harassment and insults of collecting calls at the same time. |
| 1:54:36 | Collection call: You'll think of a solution tomorrow, right? Go work a part-time job at night, right? You look pretty, so you can just sell yourself out on the street, and then quit after you pay off the money. I recommend it to you. I will be your first customer first.<br>(The call for collection is displayed on the screen) |
| 1:54:50 | Voiceover: Xiaofang, who lives in Hangzhou, is also in debt of 150,000 yuan from owing a few thousand yuan in just two months because of borrowing from such small loan platforms. |
| 1:55:00 | Xiaofang: The platform requires repayment every day. Often, twelve or three platforms require loan repayment every day, which is terrifying to such an extent. (The screen shows Xiaofang being interviewed) |
| 1:55:07 | Voiceover: This type of small online loan is called "714 High Missile" by netizens. "714" means that the loans are generally 7 days or 14 days. "High Missile" refers to their high "upfront interest rates" and "overdue expenses."<br>(The screen shows Xiaofang swiping the loan APPs on the phone, such as "speedy loan," "Hua Wuyou," "panda loan," and "lightning loan")<br>(The screen also shows "714 High Missile," "714," "High Missile" and its definition) |
| 1:55:20 | Voiceover: The "Notice on Regulating Private Lending Behavior and Maintaining Economic and Financial Order" issued in May 2018 clearly stated that no institution or individual may establish a business that is engaged in or mainly engaged in loan issuance business or use loan issuance as a daily business activity in the issuance of loans without the approval of the competent authorities in accordance with the law. There is a severe crack down on the use of intentional injury, illegal detention, insults, intimidation, threats, harassment and other illegal means to collect loans. So, why can these "714 High Missile" be blatantly active, and who is operating them? The reporter tried to make some contact. (The screen shows the notice posted on the website of the China Banking and Insurance Regulatory Commission and the swiping of several mobile apps on the mobile phone, including "Quick Easy Borrow," "Quick Loan," "Tiantianpo," "Foxingbao," "Qian Taitai," "Miaomiaobao," "Miaoxiabao," "51 Urgent Need," "Golden Rice Loan," "Loan Bear Wallet," "Unfinished Spending," "Let You Take It," "Cash Bei Bei," etc.) |
| 1:55:56 | Reporter: Where is your company?<br>Customer service staff of "Jinhulu" APP: We cannot disclose, it is [against] the company's regulations, so it cannot be disclosed.<br>(The screen shows a telephone consultation with a customer service staff of the "Jinhulu" APP) |
| 1:56:04 | Reporter: Where is your company located?<br>Customer service staff of "Quick Easy Borrow" APP: It is useless for you to you know where the company is located. It has nothing to do with your loan.<br>(The screen shows a telephone consultation with a customer service staff of the "Quick Easy Borrow" APP) |
| 1:56:10 | Customer service staff of "Cash Tree" APP: I'm sorry, but I cannot disclose this to you.<br>(The screen shows a telephone consultation with a customer service staff of the "Cash Tree" APP) |
| 1:56:12 | Customer service staff of "Milailai" APP: I don't quite know the specific address.<br>(The screen shows a telephone consultation with a customer service staff of the "Milailai" APP) |
| 1:56:16 | Voiceover: It seems that these companies also know that what they are doing is wrong. After many twists and turns, the reporter found Anhui Zilan Technology Co., Ltd., which is operating a "714 High Missile" software.<br>(The screen shows Zheshang Building) |
| 1:56:28 | Manager Shi of Anhui Zilan Technology Co., Ltd.: To put it bluntly, we are only doing "714 High Missile" loans, but we don't want, we don't want others to know. In all industries on the market, there should be at least hundreds of thousands of such apps.<br>(The screen shows Manager Shi of Anhui Zilan Technology Co., Ltd.) |
| 1:56:42 | Voiceover: Although there are many such companies, they are all like Zilan Technology, making a fortune quietly and secretly, and almost none of these companies have qualifications. |
| 1:56:53 | Manager Shi of Anhui Zilan Technology Co., Ltd.: We don't have one. We don't have this kind of Internet small loan license.<br>Reporter: What about these companies doing "714"? |

3

| | Manager Shi of Anhui Zilan Technology Co., Ltd.: None, no. (The screen shows Manager Shi of Anhui Zilan Technology Co., Ltd.) |
|---|---|
| 1:57:05 | Voiceover: Manager Shi admits that it is extremely easy to get money via "714 High Missile" loans due to the high "upfront interest." Manager Shi of Anhui Zilan Technology Co., Ltd.: To put it bluntly, if a user comes in, I only need to earn one month's money from him. It's 1,500 yuan a month, right, [although] nominally it's only 7 days, [in fact] it is just 6 days.  [Using six days] you can make five installments a month. For example, if one month is 1,500 yuan, [with a] 30% ("upfront interest") you earn 450 yuan from the first installment; if you give him 2,000 yuan in the second installment, then you earn 600 yuan; and then if it is 2,500 yuan in the third installment, right, you make 750 yuan. So how much money do you say you can earn? Reporter: Break even after the third installment. |
| 1:57:45 | Voiceover: Such a high return should also be risky, but the company never worried about customers not paying back the money they borrowed, because they have a killer in their hands. When a client borrows money, he must authorize the software to access his mobile phone address book and verify the operator. At the back end of the company's software, the reporter can actually see the customer's ID photo, the mobile phone address book, the mobile phone call records and other detailed information. The previous female victims were attacked by this trick. (The screen shows that when the customer registers and fills in the emergency contact information, the software requests access to the mobile phone address book, the operator's mobile phone authentication is required and the customer's detailed information is recorded in the computer system) |
| 1:58:12 | Technician of Anhui Zilan Technology Co., Ltd.: (The borrower) is most afraid of exposing his address book. Friends around him will know that he has not repaid the borrowed money. He is most afraid of this. (The screen shows the technician of Anhui Zilan Technology Co., Ltd.) |
| 1:58:18 | Voiceover: The government has become more and more stringent in the supervision of the Internet finance industry. These companies respond by changing places, so every few months they will change [to a new] APP. |
| 1:58:30 | Manager Shi of Anhui Zilan Technology Co., Ltd.: Play for three months, and then change to another one (APP) after three months of play. Find another 10 million and play for another three months. (The screen shows Manager Shi of Anhui Zilan Technology Co., Ltd.) |
| 1:58:37 | Voiceover: There are people who operate the "714 High Missile" software, and there are also people who are sparing no effort to promote it. During the investigation, the reporter found that in addition to promotional calls, "714 High Missile" loan software can be found in loan supermarkets such as "Credit Navigation," "Let You Spend," and "Willful Loan," etc. (The screen displays "Credit Navigation", "Let You Spend", "Willful Loan", "56 God of Wealth", "Yongqianbao", "Borrow From Where", "Cai Miao Steward", "Yingying Money", and "Cash White Card" software) |
| 1:58:51 | Voiceover: "Rong360" claims to be China's leading mobile financial smart selection platform, which also has a large number of small loan merchants on its platform, including the "Cool Card" APP and the "Loan Money" APP which Ms. Dong borrowed from. According to a staff of Rong360, they recommend users to the merchants and charge a certain fee upon the successful release of every loan. (The screen shows the "Cool Card", "Loan Money" and "Rong 360" software and their introductions) |
| 1:59:12 | Rong360 staff: Our platform only recommends users to you. You pay 25 yuan to purchase client [access], so the system only deducts 25 yuan from you. (The screen shows a telephone consultation with a staff of Rong360) |
| 1:59:18 | Voiceover: The reporter found a very strange phenomenon on Rong360. Many loan products [there] indicated a request to purchase goods for loans to be issued. (The screen shows Rong360 software and its fee description circling "300 yuan user to purchase goods") |
| 1:59:26 | Voiceover: Since it's a loan, why do they have to purchase goods? (The purchase product page is displayed on the screen) |
| 1:59:29 | Rong360 staff: If you want to get a loan of 1,000 yuan, you have to buy a product of 200 yuan. You ask him if he can accept it. Isn't this the equivalent of negotiating interest? (The screen shows a telephone consultation with a staff of Rong360) |

4

| 1:59:42 | Voiceover: The office of Mr. Wang is full of various commodities, all of which he was requested to purchase when obtaining loans from the 360 platform. The prices of these commodities far exceeded market prices.<br>(The screen shows the goods piled up in Mr. Wang's office) |
|---|---|
| 1:59:49 | Mr. Wang: A disguised "upfront interest" [of] 20% interest rate, whether you want it or not, you have to buy my thing before you can get the loan.<br>(The screen shows Mr. Wang being interviewed) |
| 2:00:00 | Voiceover: Mr. Wang is more than 100,000 yuan in debt because of [loans on] Rong360 and other "714 High Missile". The crazy collection calls even reached the child's class teacher. |
| 2:00:08 | Mr. Wang: The child came back and told me, he said Dad, he said, do you owe money outside, my class teacher asked me. I was very depressed. I never thought that they would use this method. It was disgusting and despicable. I had indeed thought of those extreme things, without any exaggeration, I even had thought of death.<br>(The screen shows Mr. Wang being interviewed) |
| 2:00:30 | Voiceover: The victims in this tragic situation are far more than the reporters investigated. In August 2018, a Mr. Zhong, a man from Shenzhen, committed suicide by poisoning himself because of [distraught over interest and fees] from online lending. After his death, his family members were still receiving debt collection messages.<br>(The screen shows news reports of the man's suicide and the debt collection text messages)<br><br>In December 2018, a Mrs. Fan, a 27-year-old Shanxi woman, was overwhelmed by the pressure and committed suicide after a 714 platform sent photoshopped nude photos of her to a group chat to pressure her to repay the loan.<br>(The screen shows the news report of the woman committing suicide) |
| 2:00:55 | Moderator: Actually, the companies that engaged in the 714 High Missile-related business in the short video are well aware of their violations of laws and regulations. They just took advantage of the victim's psychology: when we are short of money, we are embarrassed to borrow from relatives and friends and acquaintances, and when we owe money, we are also embarrassed to make it public. So, they set up a series of tricks to trap the victims deeper and deeper. In fact, the new types of infringement incidents involving 714 High Missile that we focused on this evening exposed many new difficulties in the consumer field, such as software in the grey area, the disclosure of personal information, malicious debt collection calls, and our access to formal financial services and financial products being not convenient enough. At the same time, more and more people have actually put forward new hopes, because the emergence of such new types of infringement incidents is also a test to and improvement of our ability to comprehensively manage the consumption environment. Facing the new situation, we should use a brand-new Internet-based thinking to combine more forces to build a more inclusive platform under the framework of co-construction and sharing, and increasingly meet the needs of the people. |

**Transcript of an excerpt of the CCTV Program aired on March 15, 2019**

(1:49:00 – 2:02:25)

https://tv.cctv.com/2019/03/15/VIDEl7JQqlP64RE2sOcuWzDb190315.shtml?spm=C55953877151.PHXsiQANZko2.0.0

| | |
|---|---|
| 1:49:02 | 主持人：俗话说，一分钱可以难倒英雄汉。所以在很多的时候你会发现，其实啊，个人贷款往往都有着非常旺盛的市场需求。伴随着互联网的发展，人们发现互联网也推出了一系列网络办理贷款的相关宣传，而且呢，这些宣传听上去啊，让人非常地心动，比如说，它会告诉你，如果你选择了到银行这样的一些传统的正规渠道去办贷款，第一呢，有门槛，第二，办理相关手续是需要花时间的。可是到他们那去办贷款呢，程序非常地简单，只需要在手机上简单地操作，资金瞬间到账，而且很多的宣传还会特别强调网络贷款它是不需要抵押的，它的利息是非常低的。这么方便，这么快捷，你想，对于一个急需资金的人来说不动心真的太难了。可是一旦当你沾上，你可能坠入的就是无尽的深渊。 |
| 1:50:07 | 画外音：在短短的三个月时间里，家住长春的董女士就背负了五十多万元的债务，她每天都生活在焦虑和恐惧之中。 |
| 1:50:18 | 董女士：活的心思都没有了，我自己开着车，漫无目的地往前走。我一下撞死了，我就解脱了。<br>（画面显示董女士开车） |
| 1:50:25 | 画外音：这 50 多万元的债务来自董女士当初仅仅 7000 元的借款。她借遍了亲朋好友，每天都想尽办法去偿还这些永远都填不满的窟窿。<br>（画面显示数张模糊的看似借款数据记录的白纸） |
| 1:50:38 | 董女士：这脸皮都厚成这样，就为了堵这窟窿，但是最后还是赌不上。<br>（画面显示董女士擦着眼泪接受采访） |
| 1:50:44 | 画外音：究竟是什么让董女士陷入如此境地呢？ |
| 1:50:49 | 画外音：三个月前，董女士的店铺周转出现问题。正在她一筹莫展的时候，接到了一个推销贷款的电话，对方称在他们的 APP 平台贷款，利率只有每个月 0.6%。董女士动心了。按照要求，她填写了自己的各种信息。令人奇怪的是，还要验证手机运营商。<br>（画面显示董女士接到推销电话，并从信息链接里进入"创新宝"页面看到上面显示的利率为每个月 0.6%。接着，她便注册"创新宝"贷款 APP 账户，同时显示注册需要实名认证，包括人脸识别和身份识别（人像、姓名、身份证、学历）的手机画面，以及验证手机识别号的手机画面。） |
| 1:51:13 | 董女士：他说的没事你填吧，就是看看这个手机是不是你实名制的。<br>（画面显示董女士接受采访） |
| 1:51:18 | 画外音：按照对方的要求，董女士上传了自己的个人信息，借了 1500 元钱，让董女士诧异的是到账只有 1050 元，少了的 450 元被当作综合费用扣除了，而借款必须在第七天还上，实际借款周期只有六天。<br>（画面显示借款金额 1500 元，借款期限 7 天，到账金额 1050 元，综合费用 450 元以及董女士收到农业银行到账人民币 1050 元的短信） |

| | |
|---|---|
| 1:51:36 | 画外音：就在借款成功的当天，董女士又陆续接到了其他推销贷款的电话。一天之内，她一共借了 7000 元钱。借款时，这些 APP 都以各种名目扣除借款金额的 30%，业内俗称"砍头息"。<br>（画面显示董女士借款被扣除借款金额的截图） |
| 1:51:53 | 画外音：七天时间很快过去了，到了还款那天董女士才发现她借的 7000 元钱还不上了，只得从其他的贷款 APP 去申请新的贷款还旧账。没想到这就是她噩梦的开始。<br>（画面显示董女士计算借款金额并操作手机） |
| 1:52:08 | 董女士：就寻思宁可我自己多花点钱，也别上亲朋好友那儿去倒去，去借去，怕让人瞧不起。<br>（画面显示董女士接受采访） |
| 1:52:17 | 画外音：要还 7000 元，六天后要借 10000 元，要还 10000 元，六天后要借 14000 元，一个月下来，最初的 7000 元债务就滚到了 40000 元。<br>（画面显示由 7000 元借款每隔六天借款以还款直到最后滚到 40000 元的演算） |
| 1:52:32 | 画外音：可怕的并不止是"砍头息"，董女士发现，那些还不上的贷款产生的逾期费用也接二连三地冒了出来。每天的额度竟高达本金的 5%-10%。<br>（画面显示借款订单的信息，包括本金、逾期天数及逾期金额） |
| 1:52:43 | 董女士：砍头息吧它是坏在明处，但是这种逾期的费用申请的时候根本没有体现出来，它是坏在暗处的。<br>（画面显示董女士接受采访） |
| 1:52:51 | 画外音：仅在这款甜兔 APP 上，董女士申请贷款 8000 元，逾期 18 天，逾期罚金达到 14400 元，远远超过了贷款本金。就这样，董女士不断地去寻找新的 APP 去借款，拆东墙补西墙，起初 7000 元的贷款短短三个月就滚到了 50 多万元。<br>（画面显示甜兔 APP 内"白条详情，"包括贷款金额，逾期天数，逾期罚金） |
| 1:53:16 | 董女士：所有借款的平台大约 50 个左右，每天逾期费用就达 1 万多元。<br>（画面显示董女士滑动手机软件） |
| 1:53:22 | 画外音：三个月来，在董女士每天不断还款的同时，她和她的亲友还不断地接到各种侮辱性的催收电话。 |
| 1:53:30 | 董女士：催收员就跟我说了，（认证）你的手机运营商是干什么用的吗？就是读取你们的通话记录详单，包括你的通讯录。<br>（画面显示在某 APP 最初注册时运营商认证完成的页面） |
| 1:53:41 | 画外音：债务像雪球一样，越滚越大。侮辱性的催收电话变本加厉地不停骚扰。在这样的双重压力下，董女士彻底绝望了，她甚至给丈夫写好了遗书。<br>（画面显示董女士手机上写给丈夫的遗书） |
| 1:53:54 | 董女士：我感觉到前所未有的压力，实在受不了了，我上当了，越陷越深，我都要崩溃了。是我，害了这个家。<br>（画面显示董女士手机上写给丈夫的遗书） |
| 1:54:09 | 画外音：家住徐州的小颖有着相似的遭遇，为了偿还信用卡，它被"任性贷"软件中标注的低息贷款产品所吸引，2000 元借款两个月后滚成了 20 万元。<br>（画面显示"任性贷"软件内详情） |
| 1:54:23 | 小颖：你还两个借三个，你再还三个借四个，就这样循环的。到后来你借的，就全部是补窟窿了。<br>（画面显示小颖接受采访） |
| 1:54:31 | 画外音：小颖和家人同时承受着催收电话的骚扰和侮辱。 |

| | |
|---|---|
| 1:54:36 | 催收电话：你明天想办法对吧，晚上去兼个职，对不对。你长得漂不漂亮，干脆出卖自己，然后把钱还清了之后就从良了，我给你推荐推荐，我先当你第一个客人。<br>（画面显示催收电话） |
| 1:54:50 | 画外音：家住杭州的小芳也因为从这类小贷平台借款短短两个月间欠款就由几千元滚到了 15 万元. |
| 1:55:00 | 小芳：每天都由平台要还款。多的时候一天由十二三个平台要还款，恐怖到这种程度。<br>（画面显示小芳接受采访） |
| 1:55:07 | 画外音：这类小额网贷被网友称作"714 高炮"。"714"是指贷款周期一般为 7 天或者 14 天。"高炮"是指其高额的"砍头息"及"逾期费用"。<br>（画面显示小芳滑动手机中贷款 APP 如"极速贷"、"花无忧"、"熊猫贷"，和"闪电贷"）<br>（画面又显示"714 高炮"、"714"、"高炮"及其定义） |
| 1:55:20 | 画外音：2018 年 5 月发布的《关于规范民间借贷行为，维护经济金融秩序有关事项的通知》中明确指出：未经有权机关依法批准，任何单位和个人不得设立从事或者主要从事发放贷款业务的机构或以发放贷款为日常业务活动。严厉打击以故意伤害、非法拘禁、侮辱、恐吓、威胁、骚扰等非法手段催收贷款。那么，这些"714 高炮"为什么可以明目张胆地活动，到底是些什么人在运营呢？记者试着进行联系。<br>（画面显示中国银行保险监督管理委员会网站上发布的通知以及在手机滑动数个手机软件，包括快易借、速贷宝、天天花、复星宝、钱太太、喵喵袋、秒下宝、51 急需、金米贷、贷熊钱包、花不完、让你拿、现金呗呗等） |
| 1:55:56 | 记者：你们公司在哪个位置？<br>金葫芦 APP 客服人员：这不能说的，是公司规定，就是不能说。<br>（画面显示与金葫芦 APP 客服人员的电话咨询） |
| 1:56:04 | 记者：你们公司在哪个地方？<br>快易借 APP 客服人员：公司在哪个地方，你知道了也没用，这跟你借款没有什么关系。<br>（画面显示与快易借 APP 客服人员的电话咨询） |
| 1:56:10 | 现金树 APP 客服人员：很抱歉，这个无法给您透露。<br>（画面显示与现金树 APP 客服人员的电话咨询） |
| 1:56:12 | 米来来 APP 客服人员：具体地址我还不太清楚。<br>（画面显示与米来来 APP 客服人员的电话咨询） |
| 1:56:16 | 画外音：看来这些公司也知道他们做的事情见不得光。几经周折，记者找到了安徽紫兰科技有限公司，这家公司就在经营着"714 高炮"软件。<br>（画面显示浙商大厦） |
| 1:56:28 | 安徽紫兰科技有限公司石经理：说白一点，我们现在只是做那种"714 高炮"类型的，但是我们不希望，我们不希望其他人知道。在市面上所有行业，这样的 APP 应该至少有几十万个。<br>（画面显示安徽紫兰科技有限公司石经理） |
| 1:56:42 | 画外音：虽然这类公司为数众多，但是他们都像紫兰科技一样，潜在水下闷声发大财，而且这样的公司几乎都没有从业资质。 |
| 1:56:53 | 安徽紫兰科技有限公司石经理：我们都没有，没有这一种，就是那种互联网小额的放贷牌照。 |

3

| | |
|---|---|
| | 记者：那做"714"的这些企业里面？<br>安徽紫兰科技有限公司石经理：都没有，没有。<br>（画面显示安徽紫兰科技有限公司石经理） |
| 1:57:05 | 画外音：石经理承认由于高额的砍头息，"714 高炮"来钱极其容易。<br>安徽紫兰科技有限公司石经理：说白了，我一个用户进来，我就只挣他一个月钱就已经够了。一个月 1500 元对不对，名义上我们只是 7 天，只有六天。六天一个月可以做五期。就打个比方一个月如果 1500 元的话，30%（砍头息）第一期你赚 450 元，如果说第二期你给他 2000 元的话，然后你赚 600 元，然后第三期 2500 元的话，对不对，你赚 750 元。那么你说你可以挣多少钱？<br>记者：三期回本。 |
| 1:57:45 | 画外音：如此高的收益照理风险也会很大，但是这家公司从不担心客户会借钱不还，因为他们手上有一个杀手锏。客户借款时必须授权软件访问手机通讯录和验证运营商，在公司软件的后台，记者果然看到客户身份证照片，手机通讯录，手机通话记录等各种详细信息赫然在列。之前几位女受害人就是中了这个招数。<br>（画面显示客户注册填写紧急联系人时软件要访问手机通讯录，并且要进行运营商手机认证以及电脑系统里记载客户详细信息） |
| 1:58:12 | 安徽紫兰科技有限公司技术员：（借款人）最怕的就是曝他通讯录，他身边的朋友知道他借钱没还，他最怕的这个。<br>（画面显示安徽紫兰科技有限公司技术员） |
| 1:58:18 | 画外音：国家对互联网金融行业的监管越来越严，这些公司应对的手段就是打一枪换一个地方，所以每隔几个月他们就会更换 APP |
| 1:58:30 | 安徽紫兰科技有限公司石经理：玩三个月，三个月玩完后再换另外一个(APP)。再搞个 1000 万，再玩三个月。<br>（画面显示安徽紫兰科技有限公司石经理） |
| 1:58:37 | 画外音："714 高炮"软件有人运营，还有人在不遗余力地推广。记者在调查中发现除了推销电话，在"信贷导航"、"给你花"、"任性贷"等贷款超市中都能找到"714 高炮"软件的身影。<br>（画面显示"信贷导航"、"给你花"、"任性贷"、"56 财神"、"用钱宝"、"去哪借"、"财喵管家"、"盈盈有钱"、"现金白卡"软件） |
| 1:58:51 | 画外音："融 360"自称是中国领先的移动金融智选平台，也入驻着大量的小额贷款商户，其中包括董女士贷过款的"酷卡"和"贷上钱"等。融 360 的工作人员介绍，他们为商户推荐客户，每成功放出一笔贷款，他们就会收取一定的费用。<br>（画面显示"酷卡"、"贷上钱"以及"融 360"软件和介绍。） |
| 1:59:12 | 融 360 工作人员：我们平台只是给你推送一个客户，客户你是花了 25 元钱买的，系统就扣了你 25 元钱。<br>（画面显示与融 360 工作人员的电话咨询） |
| 1:59:18 | 画外音：记者在融 360 上发现一个很奇怪的现象，很多贷款产品都标注着需要购买商品才能放贷。<br>（画面显示融 360 软件及其费用说明中圈出"300 元用户购买商品"） |
| 1:59:26 | 画外音：既然是贷款，为什么还要购买商品呢？<br>（画面显示购买商品页面） |
| 1:59:29 | 融 360 工作人员：你们这边贷款 1000 元钱，还得购买 200 元产品，问他能不能接受，这个东西不就相当于你们在谈利息嘛。 |

4

| | |
|---|---|
| | （画面显示与融 360 工作人员的电话咨询） |
| 1:59:42 | 画外音：在这位王先生的办公室里堆满了各种各样的商品，都是他在融 360 贷款时必须购买的。这些商品的价格都远远超出市场价。<br>（画面显示王先生办公室堆满的商品） |
| 1:59:49 | 王先生：变相的砍头息，20%的利息，不管你要不要，必须要买了我这个东西才能放款。<br>（画面显示王先生接受采访） |
| 2:00:00 | 画外音：王先生通过融 360 以及其他"714 高炮"欠下了十多万元的债务。疯狂的催收电话甚至打到了孩子班主任那里。 |
| 2:00:08 | 王先生：孩子回来告诉我，他说爸爸，他说你是不是外面欠了钱，我班主任问我了。我很难过。我根本就没有想到过他们会用这种手段，太恶心，太卑鄙了。确实想到过，很极端的那些东西，一点都不夸张，都会想到死。<br>（画面显示王先生接受采访） |
| 2:00:30 | 画外音：陷入这种悲惨境地的受害者，远不止记者调查到的。2018 年 8 月，深圳男子钟某疑因网贷服毒自杀身亡，死后家人仍不断受到催债短信。<br>(画面显示男子自杀身亡的新闻报导以及催债短信)<br><br>2018 年 12 月，27 岁的山西女子樊某，因被 714 平台群发 PS 的裸照催款，不堪压力，投河身亡。<br>(画面显示女子被催债投河自尽的新闻报道) |
| 2:00:55 | 主持人：其实啊，刚才短片当中从事 714 高炮相关业务的这些企业，对于自己的违法违规行径，可谓是心知肚明。他们只是利用了受害者的一种心理：当我们缺钱的时候，不好意思向亲朋好友向熟人去借，当欠钱的时候也不好意思公开。于是呢，他们设置了一连串的连环套，让受害者越陷越深。事实上今天晚上我们所关注的 714 高炮的新型的侵权事件当中，包含了如今在消费领域当中很多新的难点，比如说灰色地带的软件，比如说个人信息的泄露，比如说恶意的催款电话，比如说我们获取正规的金融服务和金融产品的不够便利。与此同时呢，越来越多的人其实都提出了新的希望，因为这类新型侵权事件的出现，也正是对我们对于消费环境综合治理能力的一次考验和提升。面对新的态势，我们应该用全新的互联网思维去结合更多的力量在共建共享的格局之下搭建一个更普惠的平台，日益地来满足老百姓的需求。 |

5