# EXHIBIT F

InvestorRoom

# Jianpu Technology Inc. Responds to CCTV's Report on "315 Night: Annual Consumer Rights Show"

BEIJING, March 17, 2019 /PRNewswire/ -- **Jianpu Technology Inc.** ("Jianpu," or the "Company") (NYSE: JT), a leading independent open platform for discovery and recommendation of financial products in China, responds to CCTV's report concerning certain financial products offered by third-party financial services providers on the Company's platform (the "CCTV Report"). The CCTV Report was aired during its 2019 "315 Night," a show concerning consumer protection which airs annually on March 15.

Jianpu operates the "Rong360" platform, an independent open platform for discovery and recommendation of financial products. The Company currently cooperates with over 2,000 financial service providers and offers over 200,000 financial products from these financial service providers on the platform. The Company does not offer its own products, extend credit or assume any credit risk.

Although the Company implements stringent standards to screen financial services providers before listing their products on its platform, we cannot rule out the possibility that the quality of the financial products and the services provided by financial services providers are not in full compliance with applicable laws and regulations at all times.

In response to the CCTV Report, Jianpu has promptly organized internal resources to thoroughly review its business practice, including the voluntarily suspension of further downloads of its mobile apps on major mobile app stores in order to identify any inappropriate conduct that could adversely affect consumer rights, and to take remediation measures with respect to any inappropriate activity that may be found on the Company's platform.

The Company hopes to be open and transparent of its findings and remediation measures. Going forward, the Company is committed to continuing to remain as an independent open platform and providing reliable services to users and financial service providers impartially.

## About Jianpu Technology Inc.

Jianpu Technology Inc. is a leading independent open platform for discovery and recommendation of financial products in China. By leveraging its deep data insights and proprietary technology, Jianpu provides users with personalized search results and recommendations that are tailored to each user's particular financial needs and credit profile. The Company also enables financial service providers with sales and marketing solutions to reach and serve their target customers more effectively through online and mobile channels and enhance their competitiveness by providing them with tailored data, risk management and end-to-end solutions. The Company is committed to maintaining an independent open platform, which allows it to serve the needs of users and financial service providers impartially. For more information, please visit http://ir.jianpu.ai.

## Safe Harbor Statement

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "confident" and similar statements. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: the Company's goal and strategies; the Company's future business development, financial condition and results of operations; the Company's expectations regarding demand for, and market acceptance of, its solutions and services; the Company's expectations regarding keeping and strengthening its relationships with users, financial service providers and other parties it collaborate with; general economic and business conditions; and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in the Company's filings with the SEC. All information provided in this press release and in the attachments is as of the date of this press release, and the Company undertakes no obligation to update any forward-looking statement, except as required under applicable law.

**For investor and media inquiries, please contact:**

In China:
Jianpu Technology Inc.
Oscar Chen

Tel: +86 (10) 6242-7068
E-mail: IR@rong360.com

The Piacente Group, Inc.
Ross Warner
Tel: +86 (10) 5730-6202
E-mail: jianpu@tpg-ir.com

In the United States:
The Piacente Group, Inc.
Brandi Piacente
Tel: +1-212-481-2050
E-mail: jianpu@tpg-ir.com

SOURCE Jianpu Technology Inc.

---

http://ir.jianpu.ai/2019-03-17-Jianpu-Technology-Inc-Responds-to-CCTVs-Report-on-315-Night-Annual-Consumer-Rights-Show