# EXHIBIT J



(1) Mar. 15, 2019 – CCTV Broadcast ($43.92)

(2) Dec. 9, 2019 – Impairment Disclosed ($11.76)

(3) June 15, 2020 – Notification of Late Filing ($6.39)

(4) Sept. 10, 2020 – Case Filed Against Hangzhou Scorpion ($4.32)

(5) Jan. 14, 2021 – Judgment Against Hangzhou Scorpion ($2.90)

(6) Feb. 16, 2021 – Results of Internal Review Announced ($3.94)

(7) Apr. 30, 2021 – 2019 Annual Report ($2.88)

| Jianpu Technology Inc.: Stock Price and Volume (NYSE: JT) November 16, 2017 – July 20, 2021 Source: S&P Capital IQ | | |
|---|---|---|
| Date | Closing Price | Volume |
| November 16, 2017 | $67.20 | 1,067,853 |
| November 17, 2017 | $57.60 | 374,775 |
| November 20, 2017 | $59.20 | 100,366 |
| November 21, 2017 | $52.80 | 752,691 |
| November 22, 2017 | $46.00 | 235,183 |
| November 24, 2017 | $39.20 | 239,444 |
| November 27, 2017 | $40.32 | 158,070 |
| November 28, 2017 | $41.92 | 172,788 |
| November 29, 2017 | $40.00 | 91,702 |
| November 30, 2017 | $41.76 | 75,591 |
| December 1, 2017 | $40.00 | 76,650 |
| December 4, 2017 | $41.20 | 82,579 |
| December 5, 2017 | $39.28 | 56,133 |
| December 6, 2017 | $38.88 | 30,108 |
| December 7, 2017 | $44.88 | 51,118 |
| December 8, 2017 | $48.00 | 143,076 |
| December 11, 2017 | $51.20 | 135,333 |
| December 12, 2017 | $53.60 | 91,585 |
| December 13, 2017 | $64.00 | 254,013 |
| December 14, 2017 | $59.20 | 251,184 |
| December 15, 2017 | $60.00 | 150,793 |
| December 18, 2017 | $53.60 | 79,682 |
| December 19, 2017 | $55.76 | 145,041 |
| December 20, 2017 | $54.40 | 52,753 |
| December 21, 2017 | $53.60 | 50,812 |
| December 22, 2017 | $53.36 | 33,619 |
| December 26, 2017 | $52.08 | 54,420 |
| December 27, 2017 | $52.32 | 39,196 |
| December 28, 2017 | $53.12 | 68,996 |
| December 29, 2017 | $51.84 | 65,072 |
| January 2, 2018 | $52.00 | 32,120 |
| January 3, 2018 | $52.64 | 27,797 |
| January 4, 2018 | $50.96 | 47,312 |
| January 5, 2018 | $54.40 | 34,298 |

| January 8, 2018 | $59.60 | 77,896 |
|---|---|---|
| January 9, 2018 | $61.20 | 112,662 |
| January 10, 2018 | $59.92 | 64,728 |
| January 11, 2018 | $59.92 | 59,916 |
| January 12, 2018 | $56.24 | 79,733 |
| January 16, 2018 | $56.16 | 29,148 |
| January 17, 2018 | $56.24 | 24,713 |
| January 18, 2018 | $58.80 | 52,393 |
| January 19, 2018 | $61.12 | 41,606 |
| January 22, 2018 | $60.64 | 22,342 |
| January 23, 2018 | $61.52 | 35,087 |
| January 24, 2018 | $70.48 | 90,034 |
| January 25, 2018 | $70.56 | 128,441 |
| January 26, 2018 | $67.04 | 57,673 |
| January 29, 2018 | $66.88 | 17,716 |
| January 30, 2018 | $65.92 | 31,041 |
| January 31, 2018 | $61.68 | 51,376 |
| February 1, 2018 | $60.80 | 38,654 |
| February 2, 2018 | $60.48 | 21,524 |
| February 5, 2018 | $56.80 | 28,051 |
| February 6, 2018 | $53.60 | 64,481 |
| February 7, 2018 | $54.24 | 28,106 |
| February 8, 2018 | $53.20 | 15,982 |
| February 9, 2018 | $53.12 | 47,838 |
| February 12, 2018 | $54.08 | 37,685 |
| February 13, 2018 | $53.68 | 46,258 |
| February 14, 2018 | $54.64 | 43,548 |
| February 15, 2018 | $58.24 | 46,107 |
| February 16, 2018 | $58.08 | 17,784 |
| February 20, 2018 | $58.88 | 31,337 |
| February 21, 2018 | $59.20 | 19,605 |
| February 22, 2018 | $59.68 | 28,199 |
| February 23, 2018 | $59.44 | 22,049 |
| February 26, 2018 | $58.56 | 14,865 |
| February 27, 2018 | $58.24 | 19,031 |
| February 28, 2018 | $53.52 | 41,223 |
| March 1, 2018 | $53.84 | 35,673 |

| | | |
|---|---|---|
| March 2, 2018 | $55.44 | 33,128 |
| March 5, 2018 | $53.52 | 62,972 |
| March 6, 2018 | $50.40 | 56,481 |
| March 7, 2018 | $48.88 | 52,620 |
| March 8, 2018 | $48.16 | 35,455 |
| March 9, 2018 | $48.00 | 91,552 |
| March 12, 2018 | $50.48 | 56,799 |
| March 13, 2018 | $49.92 | 33,264 |
| March 14, 2018 | $50.40 | 25,494 |
| March 15, 2018 | $50.32 | 17,981 |
| March 16, 2018 | $50.80 | 27,156 |
| March 19, 2018 | $49.76 | 15,365 |
| March 20, 2018 | $49.20 | 37,304 |
| March 21, 2018 | $49.84 | 44,579 |
| March 22, 2018 | $48.40 | 33,019 |
| March 23, 2018 | $48.32 | 47,915 |
| March 26, 2018 | $45.36 | 57,368 |
| March 27, 2018 | $46.48 | 35,462 |
| March 28, 2018 | $44.32 | 18,500 |
| March 29, 2018 | $44.24 | 179,353 |
| April 2, 2018 | $42.72 | 76,847 |
| April 3, 2018 | $45.92 | 45,745 |
| April 4, 2018 | $43.20 | 59,550 |
| April 5, 2018 | $42.96 | 35,265 |
| April 6, 2018 | $41.68 | 33,667 |
| April 9, 2018 | $41.20 | 30,640 |
| April 10, 2018 | $41.92 | 29,923 |
| April 11, 2018 | $43.28 | 12,009 |
| April 12, 2018 | $44.16 | 29,885 |
| April 13, 2018 | $44.88 | 10,637 |
| April 16, 2018 | $46.48 | 22,004 |
| April 17, 2018 | $47.04 | 16,001 |
| April 18, 2018 | $45.60 | 10,133 |
| April 19, 2018 | $43.92 | 16,700 |
| April 20, 2018 | $42.80 | 41,035 |
| April 23, 2018 | $42.40 | 12,924 |
| April 24, 2018 | $41.68 | 31,260 |

4

| April 25, 2018 | $41.60 | 31,208 |
| April 26, 2018 | $42.24 | 17,214 |
| April 27, 2018 | $43.44 | 25,183 |
| April 30, 2018 | $43.76 | 15,682 |
| May 1, 2018 | $43.76 | 23,528 |
| May 2, 2018 | $43.20 | 68,086 |
| May 3, 2018 | $43.28 | 53,018 |
| May 4, 2018 | $43.68 | 30,980 |
| May 7, 2018 | $44.00 | 44,151 |
| May 8, 2018 | $44.08 | 26,837 |
| May 9, 2018 | $43.92 | 14,581 |
| May 10, 2018 | $44.08 | 99,469 |
| May 11, 2018 | $46.80 | 58,629 |
| May 14, 2018 | $47.92 | 20,883 |
| May 15, 2018 | $48.24 | 24,611 |
| May 16, 2018 | $47.36 | 32,104 |
| May 17, 2018 | $46.80 | 17,847 |
| May 18, 2018 | $46.40 | 19,492 |
| May 21, 2018 | $46.64 | 18,078 |
| May 22, 2018 | $46.56 | 20,892 |
| May 23, 2018 | $46.32 | 20,735 |
| May 24, 2018 | $45.12 | 19,532 |
| May 25, 2018 | $46.48 | 10,163 |
| May 29, 2018 | $46.40 | 23,255 |
| May 30, 2018 | $46.72 | 23,129 |
| May 31, 2018 | $47.28 | 23,634 |
| June 1, 2018 | $47.68 | 20,916 |
| June 4, 2018 | $50.08 | 56,355 |
| June 5, 2018 | $49.92 | 47,910 |
| June 6, 2018 | $50.08 | 8,986 |
| June 7, 2018 | $51.20 | 28,620 |
| June 8, 2018 | $51.76 | 51,761 |
| June 11, 2018 | $52.08 | 17,756 |
| June 12, 2018 | $52.56 | 16,798 |
| June 13, 2018 | $52.64 | 12,336 |
| June 14, 2018 | $52.56 | 23,291 |
| June 15, 2018 | $52.56 | 84,791 |

| | | |
|---|---|---|
| June 18, 2018 | $53.12 | 55,540 |
| June 19, 2018 | $50.80 | 18,492 |
| June 20, 2018 | $51.60 | 15,247 |
| June 21, 2018 | $52.80 | 31,431 |
| June 22, 2018 | $53.04 | 24,228 |
| June 25, 2018 | $51.28 | 24,607 |
| June 26, 2018 | $52.48 | 11,686 |
| June 27, 2018 | $52.56 | 19,689 |
| June 28, 2018 | $52.88 | 10,656 |
| June 29, 2018 | $52.88 | 10,143 |
| July 2, 2018 | $52.88 | 8,747 |
| July 3, 2018 | $53.12 | 2,596 |
| July 5, 2018 | $53.20 | 10,946 |
| July 6, 2018 | $53.28 | 6,908 |
| July 9, 2018 | $50.32 | 11,715 |
| July 10, 2018 | $45.52 | 24,986 |
| July 11, 2018 | $45.84 | 42,821 |
| July 12, 2018 | $45.76 | 6,093 |
| July 13, 2018 | $45.68 | 6,702 |
| July 16, 2018 | $45.52 | 10,203 |
| July 17, 2018 | $45.20 | 2,766 |
| July 18, 2018 | $45.28 | 7,159 |
| July 19, 2018 | $43.76 | 9,292 |
| July 20, 2018 | $42.80 | 15,826 |
| July 23, 2018 | $43.12 | 20,029 |
| July 24, 2018 | $43.36 | 11,029 |
| July 25, 2018 | $44.00 | 7,459 |
| July 26, 2018 | $43.44 | 8,028 |
| July 27, 2018 | $42.96 | 7,568 |
| July 30, 2018 | $42.16 | 10,731 |
| July 31, 2018 | $41.28 | 6,842 |
| August 1, 2018 | $39.68 | 9,537 |
| August 2, 2018 | $39.52 | 16,481 |
| August 3, 2018 | $38.64 | 8,942 |
| August 6, 2018 | $38.40 | 2,598 |
| August 7, 2018 | $38.08 | 12,992 |
| August 8, 2018 | $38.32 | 6,661 |

| August 9, 2018 | $37.20 | 4,958 |
| August 10, 2018 | $36.40 | 10,299 |
| August 13, 2018 | $34.00 | 20,421 |
| August 14, 2018 | $33.28 | 15,625 |
| August 15, 2018 | $33.28 | 15,411 |
| August 16, 2018 | $36.40 | 15,416 |
| August 17, 2018 | $37.68 | 10,090 |
| August 20, 2018 | $38.64 | 9,985 |
| August 21, 2018 | $39.60 | 7,305 |
| August 22, 2018 | $39.04 | 3,305 |
| August 23, 2018 | $38.80 | 7,272 |
| August 24, 2018 | $39.92 | 9,610 |
| August 27, 2018 | $40.64 | 18,230 |
| August 28, 2018 | $40.00 | 4,738 |
| August 29, 2018 | $40.88 | 10,148 |
| August 30, 2018 | $40.72 | 7,448 |
| August 31, 2018 | $41.20 | 11,576 |
| September 4, 2018 | $41.04 | 10,079 |
| September 5, 2018 | $41.04 | 6,882 |
| September 6, 2018 | $40.00 | 6,569 |
| September 7, 2018 | $38.72 | 120,596 |
| September 10, 2018 | $36.80 | 14,319 |
| September 11, 2018 | $34.96 | 7,825 |
| September 12, 2018 | $34.08 | 14,261 |
| September 13, 2018 | $34.40 | 7,402 |
| September 14, 2018 | $34.56 | 4,510 |
| September 17, 2018 | $34.72 | 8,176 |
| September 18, 2018 | $34.72 | 21,209 |
| September 19, 2018 | $35.92 | 98,763 |
| September 20, 2018 | $38.56 | 34,947 |
| September 21, 2018 | $39.60 | 23,633 |
| September 24, 2018 | $40.40 | 15,209 |
| September 25, 2018 | $40.00 | 45,411 |
| September 26, 2018 | $40.08 | 16,531 |
| September 27, 2018 | $39.84 | 9,422 |
| September 28, 2018 | $39.12 | 23,480 |
| October 1, 2018 | $39.52 | 12,155 |

| October 2, 2018 | $39.12 | 9,773 |
| October 3, 2018 | $42.40 | 247,448 |
| October 4, 2018 | $39.92 | 28,744 |
| October 5, 2018 | $38.32 | 20,435 |
| October 8, 2018 | $38.24 | 17,172 |
| October 9, 2018 | $36.88 | 25,842 |
| October 10, 2018 | $37.92 | 25,536 |
| October 11, 2018 | $38.16 | 18,739 |
| October 12, 2018 | $38.72 | 16,944 |
| October 15, 2018 | $39.12 | 12,078 |
| October 16, 2018 | $38.88 | 17,134 |
| October 17, 2018 | $39.28 | 11,252 |
| October 18, 2018 | $35.60 | 16,538 |
| October 19, 2018 | $36.16 | 6,707 |
| October 22, 2018 | $37.68 | 13,447 |
| October 23, 2018 | $37.76 | 8,053 |
| October 24, 2018 | $37.44 | 7,978 |
| October 25, 2018 | $38.96 | 9,218 |
| October 26, 2018 | $39.04 | 10,986 |
| October 29, 2018 | $38.08 | 14,799 |
| October 30, 2018 | $37.52 | 14,617 |
| October 31, 2018 | $39.84 | 16,865 |
| November 1, 2018 | $41.92 | 30,910 |
| November 2, 2018 | $48.40 | 64,661 |
| November 5, 2018 | $46.56 | 10,507 |
| November 6, 2018 | $45.84 | 6,818 |
| November 7, 2018 | $46.96 | 8,642 |
| November 8, 2018 | $48.08 | 8,835 |
| November 9, 2018 | $46.24 | 9,287 |
| November 12, 2018 | $46.16 | 11,265 |
| November 13, 2018 | $45.60 | 6,844 |
| November 14, 2018 | $45.28 | 11,586 |
| November 15, 2018 | $45.36 | 14,679 |
| November 16, 2018 | $45.20 | 13,347 |
| November 19, 2018 | $43.60 | 33,522 |
| November 20, 2018 | $35.76 | 71,138 |
| November 21, 2018 | $36.24 | 44,656 |

8

| | | |
|---|---|---|
| November 23, 2018 | $36.00 | 13,401 |
| November 26, 2018 | $37.28 | 21,829 |
| November 27, 2018 | $35.36 | 20,345 |
| November 28, 2018 | $36.24 | 26,401 |
| November 29, 2018 | $34.72 | 14,989 |
| November 30, 2018 | $34.88 | 17,957 |
| December 3, 2018 | $35.84 | 30,598 |
| December 4, 2018 | $33.92 | 30,748 |
| December 6, 2018 | $34.32 | 25,832 |
| December 7, 2018 | $33.12 | 29,678 |
| December 10, 2018 | $30.40 | 33,919 |
| December 11, 2018 | $30.00 | 29,711 |
| December 12, 2018 | $29.76 | 30,212 |
| December 13, 2018 | $29.36 | 45,027 |
| December 14, 2018 | $28.88 | 66,759 |
| December 17, 2018 | $28.24 | 41,428 |
| December 18, 2018 | $30.24 | 46,201 |
| December 19, 2018 | $29.44 | 43,692 |
| December 20, 2018 | $30.08 | 27,699 |
| December 21, 2018 | $30.40 | 39,748 |
| December 24, 2018 | $32.40 | 23,355 |
| December 26, 2018 | $31.44 | 39,018 |
| December 27, 2018 | $32.00 | 46,070 |
| December 28, 2018 | $32.08 | 47,365 |
| December 31, 2018 | $33.36 | 44,537 |
| January 2, 2019 | $35.44 | 41,618 |
| January 3, 2019 | $35.60 | 40,166 |
| January 4, 2019 | $38.48 | 54,242 |
| January 7, 2019 | $38.96 | 55,344 |
| January 8, 2019 | $40.00 | 49,656 |
| January 9, 2019 | $40.00 | 46,930 |
| January 10, 2019 | $40.48 | 45,873 |
| January 11, 2019 | $39.84 | 46,439 |
| January 14, 2019 | $40.08 | 39,669 |
| January 15, 2019 | $42.00 | 32,496 |
| January 16, 2019 | $43.12 | 45,213 |
| January 17, 2019 | $44.16 | 44,709 |

9

| | | |
|---|---|---|
| January 18, 2019 | $46.16 | 49,460 |
| January 22, 2019 | $44.80 | 47,653 |
| January 23, 2019 | $46.00 | 41,469 |
| January 24, 2019 | $44.16 | 40,588 |
| January 25, 2019 | $43.20 | 46,797 |
| January 28, 2019 | $46.40 | 35,392 |
| January 29, 2019 | $47.36 | 43,656 |
| January 30, 2019 | $48.88 | 45,305 |
| January 31, 2019 | $49.28 | 56,737 |
| February 1, 2019 | $49.36 | 47,511 |
| February 4, 2019 | $50.80 | 38,621 |
| February 5, 2019 | $51.44 | 53,292 |
| February 6, 2019 | $51.68 | 41,568 |
| February 7, 2019 | $49.52 | 30,217 |
| February 8, 2019 | $48.32 | 26,404 |
| February 11, 2019 | $46.88 | 44,030 |
| February 12, 2019 | $48.64 | 46,587 |
| February 13, 2019 | $48.00 | 48,228 |
| February 14, 2019 | $50.16 | 53,605 |
| February 15, 2019 | $51.60 | 51,361 |
| February 19, 2019 | $48.96 | 41,177 |
| February 20, 2019 | $48.88 | 47,003 |
| February 21, 2019 | $46.88 | 36,844 |
| February 22, 2019 | $49.44 | 46,391 |
| February 25, 2019 | $52.32 | 80,519 |
| February 26, 2019 | $57.44 | 62,400 |
| February 27, 2019 | $57.04 | 53,044 |
| February 28, 2019 | $57.52 | 44,873 |
| March 1, 2019 | $58.80 | 61,304 |
| March 4, 2019 | $62.72 | 55,240 |
| March 5, 2019 | $56.16 | 82,188 |
| March 6, 2019 | $55.28 | 37,065 |
| March 7, 2019 | $52.32 | 49,108 |
| March 8, 2019 | $51.84 | 29,386 |
| March 11, 2019 | $50.64 | 52,613 |
| March 12, 2019 | $50.88 | 51,642 |
| March 13, 2019 | $50.56 | 48,028 |

| | | |
|---|---|---|
| March 14, 2019 | $50.40 | 42,990 |
| March 15, 2019 | $43.92 | 216,688 |
| March 18, 2019 | $42.32 | 135,149 |
| March 19, 2019 | $42.00 | 70,417 |
| March 20, 2019 | $42.40 | 55,944 |
| March 21, 2019 | $42.72 | 58,277 |
| March 22, 2019 | $38.80 | 123,032 |
| March 25, 2019 | $39.20 | 61,501 |
| March 26, 2019 | $41.04 | 77,073 |
| March 27, 2019 | $41.12 | 90,759 |
| March 28, 2019 | $41.12 | 83,285 |
| March 29, 2019 | $40.08 | 58,000 |
| April 1, 2019 | $40.24 | 55,815 |
| April 2, 2019 | $38.88 | 55,520 |
| April 3, 2019 | $38.96 | 48,602 |
| April 4, 2019 | $39.76 | 40,241 |
| April 5, 2019 | $39.60 | 39,417 |
| April 8, 2019 | $40.32 | 24,119 |
| April 9, 2019 | $39.28 | 40,449 |
| April 10, 2019 | $40.40 | 21,829 |
| April 11, 2019 | $39.92 | 21,948 |
| April 12, 2019 | $40.00 | 32,755 |
| April 15, 2019 | $39.92 | 29,665 |
| April 16, 2019 | $40.08 | 38,234 |
| April 17, 2019 | $39.12 | 29,256 |
| April 18, 2019 | $39.12 | 41,974 |
| April 22, 2019 | $40.08 | 39,639 |
| April 23, 2019 | $40.24 | 40,950 |
| April 24, 2019 | $40.00 | 37,413 |
| April 25, 2019 | $39.12 | 38,783 |
| April 26, 2019 | $39.12 | 37,211 |
| April 29, 2019 | $39.44 | 36,790 |
| April 30, 2019 | $38.64 | 38,028 |
| May 1, 2019 | $38.56 | 36,464 |
| May 2, 2019 | $39.60 | 47,957 |
| May 3, 2019 | $39.76 | 39,572 |
| May 6, 2019 | $37.12 | 38,503 |

| | | |
|---|---|---|
| May 7, 2019 | $37.84 | 32,992 |
| May 8, 2019 | $38.72 | 40,161 |
| May 9, 2019 | $38.32 | 34,978 |
| May 10, 2019 | $38.56 | 35,427 |
| May 13, 2019 | $39.60 | 51,088 |
| May 14, 2019 | $40.64 | 54,834 |
| May 15, 2019 | $40.24 | 37,333 |
| May 16, 2019 | $41.36 | 44,351 |
| May 17, 2019 | $39.20 | 62,585 |
| May 20, 2019 | $38.40 | 36,459 |
| May 21, 2019 | $39.20 | 38,717 |
| May 22, 2019 | $39.20 | 62,969 |
| May 23, 2019 | $37.68 | 31,406 |
| May 24, 2019 | $38.00 | 61,754 |
| May 28, 2019 | $35.36 | 171,693 |
| May 29, 2019 | $33.92 | 65,423 |
| May 30, 2019 | $33.52 | 54,685 |
| May 31, 2019 | $33.44 | 35,847 |
| June 3, 2019 | $33.44 | 39,527 |
| June 4, 2019 | $34.08 | 32,878 |
| June 5, 2019 | $32.56 | 34,184 |
| June 6, 2019 | $31.84 | 36,327 |
| June 7, 2019 | $32.48 | 35,532 |
| June 10, 2019 | $33.92 | 38,606 |
| June 11, 2019 | $34.56 | 39,573 |
| June 12, 2019 | $32.56 | 37,046 |
| June 13, 2019 | $33.04 | 31,207 |
| June 14, 2019 | $32.24 | 33,644 |
| June 17, 2019 | $32.24 | 29,165 |
| June 18, 2019 | $33.68 | 27,717 |
| June 19, 2019 | $34.08 | 33,318 |
| June 20, 2019 | $34.08 | 46,420 |
| June 21, 2019 | $34.80 | 72,233 |
| June 24, 2019 | $34.96 | 60,201 |
| June 25, 2019 | $32.16 | 55,547 |
| June 26, 2019 | $32.08 | 63,421 |
| June 27, 2019 | $31.28 | 42,379 |

| June 28, 2019 | $29.92 | 101,532 |
|---|---|---|
| July 1, 2019 | $29.84 | 45,561 |
| July 2, 2019 | $30.64 | 46,753 |
| July 3, 2019 | $31.28 | 28,732 |
| July 5, 2019 | $31.36 | 65,337 |
| July 8, 2019 | $30.64 | 42,600 |
| July 9, 2019 | $30.64 | 25,691 |
| July 10, 2019 | $31.28 | 37,286 |
| July 11, 2019 | $31.60 | 48,768 |
| July 12, 2019 | $32.24 | 41,531 |
| July 15, 2019 | $31.84 | 38,883 |
| July 16, 2019 | $29.68 | 50,479 |
| July 17, 2019 | $29.20 | 28,377 |
| July 18, 2019 | $28.48 | 52,973 |
| July 19, 2019 | $29.12 | 33,060 |
| July 22, 2019 | $28.00 | 44,844 |
| July 23, 2019 | $29.68 | 43,940 |
| July 24, 2019 | $30.88 | 35,414 |
| July 25, 2019 | $30.00 | 38,016 |
| July 26, 2019 | $30.16 | 21,771 |
| July 29, 2019 | $29.12 | 25,646 |
| July 30, 2019 | $29.28 | 45,591 |
| July 31, 2019 | $29.36 | 29,587 |
| August 1, 2019 | $29.52 | 42,760 |
| August 2, 2019 | $28.40 | 46,103 |
| August 5, 2019 | $27.68 | 25,949 |
| August 6, 2019 | $28.24 | 28,508 |
| August 7, 2019 | $28.88 | 25,821 |
| August 8, 2019 | $29.28 | 26,182 |
| August 9, 2019 | $29.28 | 36,134 |
| August 12, 2019 | $28.40 | 24,698 |
| August 13, 2019 | $28.40 | 29,939 |
| August 14, 2019 | $26.56 | 33,713 |
| August 15, 2019 | $28.80 | 43,489 |
| August 16, 2019 | $28.80 | 27,686 |
| August 19, 2019 | $28.88 | 40,226 |
| August 20, 2019 | $29.04 | 25,224 |

13

| | | |
|---|---|---|
| August 21, 2019 | $28.96 | 37,155 |
| August 22, 2019 | $29.12 | 26,241 |
| August 23, 2019 | $28.96 | 47,666 |
| August 26, 2019 | $27.36 | 64,787 |
| August 27, 2019 | $25.76 | 56,132 |
| August 28, 2019 | $24.72 | 59,437 |
| August 29, 2019 | $24.32 | 44,443 |
| August 30, 2019 | $24.08 | 40,989 |
| September 3, 2019 | $23.28 | 46,930 |
| September 4, 2019 | $22.00 | 69,858 |
| September 5, 2019 | $23.28 | 30,260 |
| September 6, 2019 | $22.64 | 37,376 |
| September 9, 2019 | $23.04 | 28,917 |
| September 10, 2019 | $24.08 | 31,986 |
| September 11, 2019 | $24.56 | 43,163 |
| September 12, 2019 | $24.64 | 15,733 |
| September 13, 2019 | $24.88 | 7,278 |
| September 16, 2019 | $24.80 | 13,771 |
| September 17, 2019 | $24.16 | 6,943 |
| September 18, 2019 | $24.00 | 24,489 |
| September 19, 2019 | $23.84 | 12,364 |
| September 20, 2019 | $22.24 | 15,741 |
| September 23, 2019 | $21.28 | 22,832 |
| September 24, 2019 | $20.80 | 15,159 |
| September 25, 2019 | $19.92 | 19,210 |
| September 26, 2019 | $20.72 | 370,485 |
| September 27, 2019 | $21.04 | 20,684 |
| September 30, 2019 | $20.00 | 11,872 |
| October 1, 2019 | $19.44 | 35,541 |
| October 2, 2019 | $19.92 | 4,135 |
| October 3, 2019 | $20.00 | 5,512 |
| October 4, 2019 | $19.12 | 16,009 |
| October 7, 2019 | $18.00 | 15,938 |
| October 8, 2019 | $18.00 | 11,397 |
| October 9, 2019 | $17.60 | 13,701 |
| October 10, 2019 | $16.96 | 12,701 |
| October 11, 2019 | $17.52 | 9,967 |

| | | |
|---|---|---|
| October 14, 2019 | $18.08 | 28,315 |
| October 15, 2019 | $17.68 | 37,557 |
| October 16, 2019 | $18.24 | 26,717 |
| October 17, 2019 | $18.72 | 29,927 |
| October 18, 2019 | $16.96 | 43,601 |
| October 21, 2019 | $16.56 | 23,666 |
| October 22, 2019 | $16.88 | 27,715 |
| October 23, 2019 | $16.80 | 19,448 |
| October 24, 2019 | $16.72 | 25,909 |
| October 25, 2019 | $17.44 | 27,013 |
| October 28, 2019 | $17.68 | 24,852 |
| October 29, 2019 | $16.72 | 21,789 |
| October 30, 2019 | $17.20 | 29,900 |
| October 31, 2019 | $16.80 | 25,299 |
| November 1, 2019 | $17.52 | 25,642 |
| November 4, 2019 | $17.92 | 28,926 |
| November 5, 2019 | $18.24 | 29,595 |
| November 6, 2019 | $18.00 | 31,992 |
| November 7, 2019 | $19.20 | 30,157 |
| November 8, 2019 | $19.36 | 31,361 |
| November 11, 2019 | $18.56 | 21,346 |
| November 12, 2019 | $18.32 | 25,186 |
| November 13, 2019 | $17.84 | 29,677 |
| November 14, 2019 | $16.88 | 27,258 |
| November 15, 2019 | $18.08 | 44,504 |
| November 18, 2019 | $16.56 | 23,296 |
| November 19, 2019 | $14.56 | 19,668 |
| November 20, 2019 | $14.08 | 25,938 |
| November 21, 2019 | $13.28 | 17,573 |
| November 22, 2019 | $13.60 | 19,017 |
| November 25, 2019 | $14.32 | 16,056 |
| November 26, 2019 | $14.16 | 17,432 |
| November 27, 2019 | $14.88 | 869,033 |
| November 29, 2019 | $16.80 | 25,704 |
| December 2, 2019 | $16.00 | 30,792 |
| December 3, 2019 | $15.20 | 16,881 |
| December 4, 2019 | $12.40 | 65,128 |

15

| | | |
|---|---|---|
| December 5, 2019 | $12.16 | 20,202 |
| December 6, 2019 | $12.40 | 27,323 |
| December 9, 2019 | $11.76 | 42,172 |
| December 10, 2019 | $12.32 | 38,904 |
| December 11, 2019 | $13.68 | 51,468 |
| December 12, 2019 | $12.96 | 36,925 |
| December 13, 2019 | $13.28 | 35,964 |
| December 16, 2019 | $13.28 | 22,460 |
| December 17, 2019 | $13.28 | 22,996 |
| December 18, 2019 | $12.88 | 35,129 |
| December 19, 2019 | $12.48 | 30,666 |
| December 20, 2019 | $11.52 | 71,469 |
| December 23, 2019 | $12.64 | 52,318 |
| December 24, 2019 | $12.08 | 17,523 |
| December 26, 2019 | $11.28 | 41,362 |
| December 27, 2019 | $11.92 | 35,935 |
| December 30, 2019 | $11.36 | 25,280 |
| December 31, 2019 | $11.92 | 25,436 |
| January 2, 2020 | $12.08 | 27,298 |
| January 3, 2020 | $12.08 | 12,330 |
| January 6, 2020 | $12.00 | 21,351 |
| January 7, 2020 | $12.00 | 18,526 |
| January 8, 2020 | $12.00 | 19,679 |
| January 9, 2020 | $12.00 | 16,964 |
| January 10, 2020 | $12.00 | 13,022 |
| January 13, 2020 | $12.00 | 21,703 |
| January 14, 2020 | $12.80 | 40,035 |
| January 15, 2020 | $12.00 | 32,084 |
| January 16, 2020 | $12.48 | 19,502 |
| January 17, 2020 | $12.40 | 20,490 |
| January 21, 2020 | $11.92 | 19,859 |
| January 22, 2020 | $11.84 | 18,841 |
| January 23, 2020 | $10.56 | 18,928 |
| January 24, 2020 | $10.32 | 12,938 |
| January 27, 2020 | $9.60 | 16,898 |
| January 28, 2020 | $9.12 | 11,282 |
| January 29, 2020 | $9.36 | 16,397 |

16

| January 30, 2020 | $9.28 | 13,573 |
| January 31, 2020 | $8.80 | 12,869 |
| February 3, 2020 | $8.72 | 17,853 |
| February 4, 2020 | $9.28 | 14,614 |
| February 5, 2020 | $10.00 | 23,734 |
| February 6, 2020 | $9.76 | 16,957 |
| February 7, 2020 | $9.60 | 15,389 |
| February 10, 2020 | $9.44 | 19,324 |
| February 11, 2020 | $9.60 | 18,545 |
| February 12, 2020 | $9.44 | 11,126 |
| February 13, 2020 | $9.60 | 10,312 |
| February 14, 2020 | $9.36 | 12,262 |
| February 18, 2020 | $9.12 | 13,503 |
| February 19, 2020 | $9.12 | 12,995 |
| February 20, 2020 | $9.44 | 36,532 |
| February 21, 2020 | $9.28 | 7,193 |
| February 24, 2020 | $9.20 | 12,095 |
| February 25, 2020 | $8.88 | 15,059 |
| February 26, 2020 | $8.24 | 14,079 |
| February 27, 2020 | $8.56 | 16,101 |
| February 28, 2020 | $8.00 | 31,085 |
| March 2, 2020 | $9.20 | 13,876 |
| March 3, 2020 | $9.04 | 13,016 |
| March 4, 2020 | $9.28 | 11,407 |
| March 5, 2020 | $9.04 | 13,796 |
| March 6, 2020 | $9.04 | 8,304 |
| March 9, 2020 | $8.96 | 10,060 |
| March 10, 2020 | $8.96 | 8,683 |
| March 11, 2020 | $8.56 | 11,991 |
| March 12, 2020 | $7.52 | 14,494 |
| March 13, 2020 | $7.40 | 12,054 |
| March 16, 2020 | $7.68 | 6,381 |
| March 17, 2020 | $8.00 | 9,208 |
| March 18, 2020 | $8.40 | 11,215 |
| March 19, 2020 | $8.00 | 11,730 |
| March 20, 2020 | $8.00 | 3,505 |
| March 23, 2020 | $7.28 | 5,769 |

| March 24, 2020 | $7.68 | 11,037 |
| March 25, 2020 | $7.44 | 3,803 |
| March 26, 2020 | $7.04 | 13,927 |
| March 27, 2020 | $7.11 | 14,165 |
| March 30, 2020 | $7.20 | 14,362 |
| March 31, 2020 | $6.72 | 15,379 |
| April 1, 2020 | $6.64 | 13,543 |
| April 2, 2020 | $6.40 | 13,364 |
| April 3, 2020 | $6.40 | 14,318 |
| April 6, 2020 | $6.40 | 15,929 |
| April 7, 2020 | $6.56 | 13,578 |
| April 8, 2020 | $6.40 | 10,107 |
| April 9, 2020 | $5.35 | 24,753 |
| April 13, 2020 | $5.69 | 30,256 |
| April 14, 2020 | $5.84 | 16,351 |
| April 15, 2020 | $5.33 | 30,568 |
| April 16, 2020 | $5.84 | 26,794 |
| April 17, 2020 | $5.44 | 23,495 |
| April 20, 2020 | $5.74 | 16,348 |
| April 21, 2020 | $5.76 | 12,723 |
| April 22, 2020 | $6.00 | 20,644 |
| April 23, 2020 | $5.96 | 18,861 |
| April 24, 2020 | $6.40 | 16,313 |
| April 27, 2020 | $7.20 | 23,736 |
| April 28, 2020 | $7.04 | 20,454 |
| April 29, 2020 | $7.04 | 21,337 |
| April 30, 2020 | $7.84 | 22,582 |
| May 1, 2020 | $7.35 | 14,731 |
| May 4, 2020 | $6.88 | 23,475 |
| May 5, 2020 | $7.28 | 16,836 |
| May 6, 2020 | $7.32 | 17,274 |
| May 7, 2020 | $7.45 | 13,993 |
| May 8, 2020 | $7.44 | 15,144 |
| May 11, 2020 | $7.62 | 14,989 |
| May 12, 2020 | $7.80 | 14,315 |
| May 13, 2020 | $7.20 | 18,762 |
| May 14, 2020 | $6.08 | 16,365 |

| May 15, 2020 | $5.36 | 22,601 |
|---|---|---|
| May 18, 2020 | $5.51 | 14,842 |
| May 19, 2020 | $5.83 | 13,797 |
| May 20, 2020 | $6.24 | 20,092 |
| May 21, 2020 | $5.83 | 15,943 |
| May 22, 2020 | $5.76 | 12,939 |
| May 26, 2020 | $5.28 | 19,933 |
| May 27, 2020 | $5.60 | 15,013 |
| May 28, 2020 | $6.18 | 29,075 |
| May 29, 2020 | $5.11 | 93,013 |
| June 1, 2020 | $5.32 | 19,976 |
| June 2, 2020 | $5.76 | 19,938 |
| June 3, 2020 | $5.60 | 21,264 |
| June 4, 2020 | $5.60 | 13,965 |
| June 5, 2020 | $6.16 | 18,681 |
| June 8, 2020 | $6.72 | 25,942 |
| June 9, 2020 | $6.96 | 16,815 |
| June 10, 2020 | $6.48 | 35,127 |
| June 11, 2020 | $6.72 | 24,134 |
| June 12, 2020 | $7.06 | 318,861 |
| June 15, 2020 | $6.39 | 44,625 |
| June 16, 2020 | $7.34 | 43,280 |
| June 17, 2020 | $7.23 | 18,524 |
| June 18, 2020 | $6.88 | 26,160 |
| June 19, 2020 | $6.89 | 14,055 |
| June 22, 2020 | $6.46 | 22,430 |
| June 23, 2020 | $6.46 | 22,323 |
| June 24, 2020 | $5.84 | 20,201 |
| June 25, 2020 | $5.90 | 18,105 |
| June 26, 2020 | $5.54 | 16,581 |
| June 29, 2020 | $5.64 | 13,073 |
| June 30, 2020 | $5.20 | 45,732 |
| July 1, 2020 | $5.19 | 16,050 |
| July 2, 2020 | $5.16 | 18,221 |
| July 6, 2020 | $5.08 | 29,772 |
| July 7, 2020 | $5.01 | 24,913 |
| July 8, 2020 | $5.05 | 44,821 |

| | | |
|---|---|---|
| July 9, 2020 | $5.20 | 40,658 |
| July 10, 2020 | $5.31 | 27,108 |
| July 13, 2020 | $5.05 | 27,569 |
| July 14, 2020 | $4.80 | 34,605 |
| July 15, 2020 | $4.64 | 34,493 |
| July 16, 2020 | $4.64 | 24,358 |
| July 17, 2020 | $4.80 | 55,053 |
| July 20, 2020 | $4.82 | 37,947 |
| July 21, 2020 | $4.95 | 27,065 |
| July 22, 2020 | $5.03 | 23,680 |
| July 23, 2020 | $4.96 | 25,358 |
| July 24, 2020 | $4.88 | 29,792 |
| July 27, 2020 | $4.80 | 20,278 |
| July 28, 2020 | $4.96 | 30,390 |
| July 29, 2020 | $4.96 | 20,273 |
| July 30, 2020 | $4.94 | 22,917 |
| July 31, 2020 | $5.18 | 55,785 |
| August 3, 2020 | $5.28 | 18,514 |
| August 4, 2020 | $5.42 | 36,017 |
| August 5, 2020 | $5.36 | 39,356 |
| August 6, 2020 | $5.26 | 13,119 |
| August 7, 2020 | $5.12 | 17,279 |
| August 10, 2020 | $5.12 | 15,498 |
| August 11, 2020 | $5.21 | 17,010 |
| August 12, 2020 | $4.90 | 23,230 |
| August 13, 2020 | $5.96 | 238,707 |
| August 14, 2020 | $5.41 | 46,667 |
| August 17, 2020 | $5.04 | 38,541 |
| August 18, 2020 | $4.89 | 15,447 |
| August 19, 2020 | $4.80 | 16,166 |
| August 20, 2020 | $4.96 | 19,019 |
| August 21, 2020 | $5.00 | 16,569 |
| August 24, 2020 | $5.00 | 13,486 |
| August 25, 2020 | $5.20 | 16,530 |
| August 26, 2020 | $5.01 | 16,456 |
| August 27, 2020 | $4.96 | 13,922 |
| August 28, 2020 | $5.04 | 13,559 |

| | | |
|---|---|---|
| August 31, 2020 | $5.03 | 15,458 |
| September 1, 2020 | $4.85 | 25,741 |
| September 2, 2020 | $4.48 | 18,015 |
| September 3, 2020 | $4.00 | 62,121 |
| September 4, 2020 | $4.16 | 18,127 |
| September 8, 2020 | $4.16 | 31,455 |
| September 9, 2020 | $4.32 | 14,281 |
| September 10, 2020 | $4.32 | 16,920 |
| September 11, 2020 | $4.28 | 18,985 |
| September 14, 2020 | $4.48 | 28,986 |
| September 15, 2020 | $4.56 | 16,753 |
| September 16, 2020 | $4.72 | 25,330 |
| September 17, 2020 | $4.64 | 29,185 |
| September 18, 2020 | $4.16 | 16,223 |
| September 21, 2020 | $4.38 | 13,100 |
| September 22, 2020 | $4.36 | 21,894 |
| September 23, 2020 | $4.32 | 23,600 |
| September 24, 2020 | $4.32 | 20,942 |
| September 25, 2020 | $4.24 | 15,639 |
| September 28, 2020 | $4.42 | 14,569 |
| September 29, 2020 | $4.24 | 21,321 |
| September 30, 2020 | $4.07 | 28,955 |
| October 1, 2020 | $3.92 | 14,479 |
| October 2, 2020 | $4.29 | 22,650 |
| October 5, 2020 | $4.20 | 16,206 |
| October 6, 2020 | $4.08 | 14,020 |
| October 7, 2020 | $4.32 | 34,685 |
| October 8, 2020 | $4.32 | 17,306 |
| October 9, 2020 | $4.28 | 31,210 |
| October 12, 2020 | $5.03 | 122,947 |
| October 13, 2020 | $5.00 | 22,801 |
| October 14, 2020 | $4.63 | 21,633 |
| October 15, 2020 | $4.49 | 17,578 |
| October 16, 2020 | $4.88 | 22,773 |
| October 19, 2020 | $5.68 | 315,660 |
| October 20, 2020 | $6.88 | 298,685 |
| October 21, 2020 | $7.16 | 269,193 |

| | | |
|---|---|---|
| October 22, 2020 | $5.20 | 140,995 |
| October 23, 2020 | $5.10 | 60,978 |
| October 26, 2020 | $4.64 | 82,200 |
| October 27, 2020 | $4.51 | 78,523 |
| October 28, 2020 | $4.33 | 25,637 |
| October 29, 2020 | $4.51 | 32,916 |
| October 30, 2020 | $3.74 | 205,434 |
| November 2, 2020 | $3.76 | 99,332 |
| November 3, 2020 | $3.53 | 86,334 |
| November 4, 2020 | $3.51 | 175,982 |
| November 5, 2020 | $3.32 | 107,141 |
| November 6, 2020 | $3.08 | 162,891 |
| November 9, 2020 | $2.87 | 189,792 |
| November 10, 2020 | $2.94 | 149,205 |
| November 11, 2020 | $3.10 | 177,995 |
| November 12, 2020 | $2.94 | 316,458 |
| November 13, 2020 | $2.92 | 128,438 |
| November 16, 2020 | $2.97 | 67,771 |
| November 17, 2020 | $2.92 | 51,438 |
| November 18, 2020 | $2.90 | 160,121 |
| November 19, 2020 | $2.82 | 255,779 |
| November 20, 2020 | $2.75 | 229,195 |
| November 23, 2020 | $2.88 | 205,584 |
| November 24, 2020 | $2.87 | 158,456 |
| November 25, 2020 | $2.77 | 321,522 |
| November 27, 2020 | $2.94 | 155,040 |
| November 30, 2020 | $2.84 | 134,019 |
| December 1, 2020 | $2.70 | 187,075 |
| December 2, 2020 | $2.55 | 147,454 |
| December 3, 2020 | $2.70 | 367,977 |
| December 4, 2020 | $3.34 | 601,500 |
| December 7, 2020 | $3.05 | 296,092 |
| December 8, 2020 | $2.89 | 248,401 |
| December 9, 2020 | $2.64 | 317,739 |
| December 10, 2020 | $2.60 | 98,000 |
| December 11, 2020 | $2.55 | 120,498 |
| December 14, 2020 | $2.58 | 69,226 |

| | | |
|---|---|---|
| December 15, 2020 | $2.56 | 86,140 |
| December 16, 2020 | $2.48 | 92,245 |
| December 17, 2020 | $2.75 | 147,797 |
| December 18, 2020 | $2.73 | 108,669 |
| December 21, 2020 | $2.99 | 206,721 |
| December 22, 2020 | $2.89 | 278,015 |
| December 23, 2020 | $2.92 | 177,647 |
| December 24, 2020 | $2.91 | 121,931 |
| December 28, 2020 | $2.90 | 163,026 |
| December 29, 2020 | $2.80 | 132,148 |
| December 30, 2020 | $2.88 | 109,994 |
| December 31, 2020 | $3.04 | 313,960 |
| January 4, 2021 | $2.82 | 190,943 |
| January 5, 2021 | $2.94 | 198,468 |
| January 6, 2021 | $3.11 | 384,386 |
| January 7, 2021 | $3.52 | 667,045 |
| January 8, 2021 | $3.04 | 499,311 |
| January 11, 2021 | $3.19 | 172,304 |
| January 12, 2021 | $3.09 | 183,780 |
| January 13, 2021 | $2.96 | 316,492 |
| January 14, 2021 | $2.90 | 315,360 |
| January 15, 2021 | $2.84 | 177,398 |
| January 19, 2021 | $2.97 | 139,899 |
| January 20, 2021 | $2.97 | 137,272 |
| January 21, 2021 | $3.01 | 234,452 |
| January 22, 2021 | $3.16 | 221,774 |
| January 25, 2021 | $3.51 | 735,789 |
| January 26, 2021 | $3.44 | 221,143 |
| January 27, 2021 | $3.14 | 248,817 |
| January 28, 2021 | $3.14 | 204,193 |
| January 29, 2021 | $2.96 | 141,384 |
| February 1, 2021 | $3.08 | 149,970 |
| February 2, 2021 | $3.09 | 138,983 |
| February 3, 2021 | $3.28 | 121,695 |
| February 4, 2021 | $3.49 | 205,492 |
| February 5, 2021 | $3.52 | 951,712 |
| February 8, 2021 | $3.60 | 376,071 |

| | | |
|---|---|---|
| February 9, 2021 | $3.78 | 323,579 |
| February 10, 2021 | $3.80 | 422,553 |
| February 11, 2021 | $3.82 | 226,005 |
| February 12, 2021 | $4.54 | 789,369 |
| February 16, 2021 | $3.94 | 1,614,526 |
| February 17, 2021 | $3.70 | 456,941 |
| February 18, 2021 | $3.65 | 148,523 |
| February 19, 2021 | $3.31 | 233,172 |
| February 22, 2021 | $3.19 | 266,812 |
| February 23, 2021 | $2.79 | 327,990 |
| February 24, 2021 | $2.85 | 147,436 |
| February 25, 2021 | $2.62 | 212,945 |
| February 26, 2021 | $2.31 | 232,410 |
| March 1, 2021 | $2.42 | 116,357 |
| March 2, 2021 | $2.35 | 301,302 |
| March 3, 2021 | $2.47 | 465,081 |
| March 4, 2021 | $2.24 | 273,636 |
| March 5, 2021 | $2.15 | 256,743 |
| March 8, 2021 | $2.40 | 153,540 |
| March 9, 2021 | $2.50 | 126,259 |
| March 10, 2021 | $2.45 | 117,931 |
| March 11, 2021 | $2.41 | 193,416 |
| March 12, 2021 | $2.66 | 183,037 |
| March 15, 2021 | $2.89 | 130,828 |
| March 16, 2021 | $2.73 | 77,252 |
| March 17, 2021 | $2.74 | 154,935 |
| March 18, 2021 | $2.92 | 475,488 |
| March 19, 2021 | $2.83 | 137,841 |
| March 22, 2021 | $3.40 | 657,724 |
| March 23, 2021 | $3.01 | 521,242 |
| March 24, 2021 | $2.89 | 498,748 |
| March 25, 2021 | $2.48 | 496,999 |
| March 26, 2021 | $2.67 | 223,038 |
| March 29, 2021 | $2.53 | 103,576 |
| March 30, 2021 | $2.53 | 189,463 |
| March 31, 2021 | $2.60 | 89,895 |
| April 1, 2021 | $2.58 | 105,392 |

| April 5, 2021 | $2.56 | 70,907 |
|---|---|---|
| April 6, 2021 | $2.56 | 76,977 |
| April 7, 2021 | $2.56 | 144,248 |
| April 8, 2021 | $2.74 | 171,285 |
| April 9, 2021 | $2.58 | 120,691 |
| April 12, 2021 | $2.35 | 148,445 |
| April 13, 2021 | $2.41 | 205,071 |
| April 14, 2021 | $2.55 | 108,202 |
| April 15, 2021 | $2.35 | 124,409 |
| April 16, 2021 | $2.56 | 175,092 |
| April 19, 2021 | $2.56 | 138,219 |
| April 20, 2021 | $2.62 | 131,368 |
| April 21, 2021 | $2.67 | 126,160 |
| April 22, 2021 | $2.68 | 167,585 |
| April 23, 2021 | $2.88 | 108,004 |
| April 26, 2021 | $2.76 | 193,480 |
| April 27, 2021 | $2.85 | 179,997 |
| April 28, 2021 | $2.87 | 194,438 |
| April 29, 2021 | $2.71 | 136,070 |
| April 30, 2021 | $2.88 | 179,894 |
| May 3, 2021 | $2.82 | 110,417 |
| May 4, 2021 | $2.88 | 117,481 |
| May 5, 2021 | $2.97 | 104,208 |
| May 6, 2021 | $3.19 | 219,005 |
| May 7, 2021 | $3.05 | 299,898 |
| May 10, 2021 | $2.71 | 222,180 |
| May 11, 2021 | $2.66 | 120,061 |
| May 12, 2021 | $2.64 | 150,503 |
| May 13, 2021 | $2.58 | 100,614 |
| May 14, 2021 | $2.72 | 118,793 |
| May 17, 2021 | $2.73 | 132,470 |
| May 18, 2021 | $2.82 | 169,853 |
| May 19, 2021 | $2.62 | 121,176 |
| May 20, 2021 | $2.61 | 472,664 |
| May 21, 2021 | $2.61 | 111,626 |
| May 24, 2021 | $2.50 | 111,223 |
| May 25, 2021 | $2.66 | 138,296 |

| May 26, 2021 | $2.66 | 65,434 |
| May 27, 2021 | $2.90 | 157,615 |
| May 28, 2021 | $2.69 | 124,947 |
| June 1, 2021 | $2.75 | 105,411 |
| June 2, 2021 | $2.65 | 160,647 |
| June 3, 2021 | $2.55 | 132,255 |
| June 4, 2021 | $2.60 | 112,012 |
| June 7, 2021 | $2.68 | 130,892 |
| June 8, 2021 | $2.71 | 128,560 |
| June 9, 2021 | $2.86 | 77,530 |
| June 10, 2021 | $2.87 | 165,101 |
| June 11, 2021 | $2.83 | 106,877 |
| June 14, 2021 | $2.85 | 118,333 |
| June 15, 2021 | $2.77 | 141,039 |
| June 16, 2021 | $2.85 | 84,356 |
| June 17, 2021 | $2.76 | 160,568 |
| June 18, 2021 | $2.62 | 68,740 |
| June 21, 2021 | $2.55 | 158,571 |
| June 22, 2021 | $2.44 | 225,548 |
| June 23, 2021 | $2.49 | 134,183 |
| June 24, 2021 | $2.51 | 111,559 |
| June 25, 2021 | $2.64 | 168,949 |
| June 28, 2021 | $2.82 | 249,900 |
| June 29, 2021 | $2.77 | 84,370 |
| June 30, 2021 | $2.66 | 314,880 |
| July 1, 2021 | $2.72 | 83,073 |
| July 2, 2021 | $2.57 | 117,504 |
| July 6, 2021 | $2.53 | 101,941 |
| July 7, 2021 | $2.34 | 203,618 |
| July 8, 2021 | $2.28 | 418,467 |
| July 9, 2021 | $2.29 | 234,371 |
| July 12, 2021 | $2.23 | 93,514 |
| July 13, 2021 | $2.13 | 87,571 |
| July 14, 2021 | $2.06 | 111,140 |
| July 15, 2021 | $2.06 | 68,169 |
| July 16, 2021 | $2.10 | 71,905 |
| July 19, 2021 | $2.03 | 129,259 |

26

| July 20, 2021 | $2.05 | 82,819 |
| --- | --- | --- |