UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ENRIQUE AFRICA, *individually and on behalf of all others similarly situated*,

     Plaintiff,

   -v-

JIANPU TECHNOLOGY INC. et al.,

     Defendants.

-------------------------------------------------------------------X

21-CV-1419 (JMF)

**ECF CASE**
**Electronically Filed**

**NOTICE OF THE INDIVIDUAL DEFENDANTS' JOINDER
IN THE PENDING MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants David Ye and Yilü (Oscar) Chen (the "Individual Defendants") hereby join in Defendant Jianpu Technology Inc.'s pending Motion to Dismiss the Amended Class Action Complaint in all respects.  (ECF No. 47.)  Defendants' reply brief is due by November 17, 2021.  (ECF No. 41.)

Dated: New York, New York
       October 25, 2021

Respectfully submitted,

/s/ Robert A. Fumerton
Scott D. Musoff
Robert A. Fumerton
Vincent M. Chiappini
Argirios J. Nickas
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Fax:    (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
vinnie.chiappini@skadden.com
argirios.nickas@skadden.com

*Attorneys for Defendants*

2