UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ENRIQUE AFRICA, *individually and on behalf of all*    :      21-CV-1419 (JMF)
*others similarly situated*,                           :
:
                     Plaintiff,           :      **ECF CASE**
:      **Electronically Filed**
:
         -v-                     :
:
JIANPU TECHNOLOGY INC. et al.,      :
:
             Defendants          :
:
-------------------------------------------------------------------X

### NOTICE OF DEFENDANTS'
### <u>MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT</u>

PLEASE TAKE NOTICE that, upon the Second Amended Class Action Complaint, filed November 28, 2022 (ECF No. 64); the accompanying Memorandum of Law, dated January 27, 2023; the accompanying Declaration of Robert A. Fumerton, dated January 27, 2023, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants Jianpu Technology Inc., David Ye, and Yilü (Oscar) Chen (collectively, "Defendants") will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the Second Amended Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
        January 27, 2023

/s/  Robert A. Fumerton

Scott D. Musoff

Robert A. Fumerton

Vincent M. Chiappini

Argirios J. Nickas

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax:     (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
vinnie.chiappini@skadden.com
argirios.nickas@skadden.com

*Attorneys for Defendants*