UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ENRIQUE AFRICA, *individually and on behalf of all*               :      21-CV-1419 (JMF)
*others similarly situated*,                                       :
                                                                  :
                                                                  :      **ECF CASE**
                          Plaintiff,                              :      **Electronically Filed**
                                                                  :
                                                                  :
            -v-                                                   :
                                                                  :
                                                                  :
JIANPU TECHNOLOGY INC. et al.,                                    :
                                                                  :
                                                                  :
                          Defendants                              :
                                                                  :
------------------------------------------------------------------X

## DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Jianpu Technology Inc. ("Jianpu"), David Ye, and Yilü (Oscar) Chen (collectively, "Defendants") in this action.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................*Africa v. Jianpu Technology Inc.*, 21-CV-1419 (JMF), Second Amended Class Action Complaint (ECF No. 64) (Nov. 28, 2022)

Exhibit B ....................Jianpu's Prospectus, filed on Form 424(b)(4) (Nov. 15, 2017)

Exhibit C ....................Jianpu's Annual Report for the fiscal year ended December 31, 2017, filed on Form 20-F (Apr. 27, 2018)

Exhibit D....................Jianpu's Annual Report for the fiscal year ended December 31, 2018, filed on Form 20-F (Apr. 23, 2019)

Exhibit E ....................Jianpu's Annual Report for the fiscal year ended December 31, 2019, filed on Form 20-F (Apr. 30, 2021)

Exhibit F......................Press Release, "Jianpu Technology Inc. Responds to CCTV's Report on '315 Night: Annual Consumer Rights Show'" (Mar. 17, 2019)

Exhibit G.....................Press Release, "Jianpu Technology Inc. Reports Third Quarter 2019 Unaudited Financial Results" (Dec. 9, 2019)

Exhibit H.....................Notification of Late Filing, filed on Form 12b-25 (June 15, 2020)

Exhibit I ......................Press Release, "Jianpu Announces Findings of Independent Review, and Provides Update on Financial Statement Review and NYSE Compliance" (Feb. 16, 2021)

Exhibit J ......................PCAOB Article, "PCAOB Secures Complete Access to Inspect, Investigate Chinese Firms for First Time in History" (Dec. 15, 2022)


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2023, in New York, New York


/s/ Robert A. Fumerton
Robert A. Fumerton